**Exhibit A to the Complaint**

**Location:** San Leandro, CA  **IP Address:** 24.4.105.110
**Total Works Infringed:** 49  **ISP:** Comcast Cable

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | D46E4EC192DC461B1D58EEC7C3A4CA42311F227F | 05/14/2019 01:11:06 | Blacked | 12/31/2018 | 01/22/2019 | PA0002147686 |
| 2 | 042F989BADA759BC435F65401EF1D22BACA977AD | 02/14/2019 03:39:35 | Blacked | 02/09/2019 | 03/11/2019 | PA0002158599 |
| 3 | 108A36318A7ECE386BF6883C5EEB30500F8CE1B7 | 10/06/2018 02:59:26 | Tushy | 09/23/2018 | 11/01/2018 | PA0002143415 |
| 4 | 1093E1FFA15D90F4BA4AA283DB78A76130420BC4 | 10/24/2018 04:01:34 | Vixen | 09/14/2018 | 11/01/2018 | PA0002143437 |
| 5 | 1DFC981807A20F4FC3AE26C5BF273000524DCB97 | 02/16/2019 03:25:24 | Blacked Raw | 12/13/2018 | 02/02/2019 | PA0002154971 |
| 6 | 1FAF0A773D5F45DCEA8FFFD3218B2C20664B666D | 06/09/2018 08:58:21 | Blacked | 05/30/2018 | 07/14/2018 | PA0002131762 |
| 7 | 28053CF7F0739BCDB8330945A8B7CE89C7034BA5 | 12/23/2018 21:22:39 | Vixen | 12/20/2018 | 01/22/2019 | PA0002147683 |
| 8 | 2D2229DA71887BE8ED04665C734B80E689721D69 | 11/15/2018 04:14:37 | Tushy | 11/02/2018 | 12/10/2018 | PA0002145834 |
| 9 | 2D3A22854BF4656472BF05A2F2CF1D2072D6C026 | 05/16/2018 05:46:41 | Blacked | 05/15/2018 | 06/19/2018 | PA0002126654 |
| 10 | 330B4C2729629B9DEBC2918A5251348F60314E8C | 12/18/2017 07:12:35 | Blacked Raw | 12/13/2017 | 01/02/2018 | PA0002097434 |
| 11 | 3685C475E4880ECAA533E0FA5455010EFB2B69D8 | 10/25/2018 04:57:08 | Blacked Raw | 09/29/2018 | 11/01/2018 | PA0002143425 |
| 12 | 397E360DE90E425EEEB8332BC462884F537340A1 | 07/29/2018 22:06:21 | Blacked | 07/14/2018 | 08/07/2018 | PA0002131895 |
| 13 | 3EB64051D9F62EC8FF20A1818D0A4DB598920746 | 01/23/2019 02:18:16 | Blacked | 01/10/2019 | 02/02/2019 | PA0002155382 |
| 14 | 3F1C2EC0604509E29EE888AE1376E2745E930AC0 | 10/17/2018 01:50:08 | Blacked | 10/12/2018 | 10/28/2018 | PA0002130455 |
| 15 | 469595D1A9496423BFA01F9752C557CD11DE1AC2 | 10/02/2018 03:57:36 | Blacked Raw | 09/09/2018 | 10/16/2018 | PA0002127792 |
| 16 | 58315A214C66F50B6656DF44F241B0F7C84F0074 | 06/16/2018 17:34:08 | Vixen | 06/13/2018 | 07/14/2018 | PA0002128389 |
| 17 | 597FC5AAF3773A6732F1E999A540F8F715A71648 | 01/23/2019 02:11:28 | Blacked Raw | 01/17/2019 | 02/22/2019 | PA0002155141 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | 5ABA96EF2E51974C829797C99F05440926940619 | 04/20/2018 04:27:51 | Blacked | 04/15/2018 | 05/23/2018 | PA0002101306 |
| 19 | 61D30E20F7DEF71FB40DCBAEFD33AE77A7C4F503 | 10/15/2018 04:45:16 | Vixen | 10/06/2018 | 11/01/2018 | PA0002141493 |
| 20 | 654895E27ADBD32829747C3868F095EBAF65385B | 10/09/2018 04:38:48 | Blacked Raw | 10/04/2018 | 10/16/2018 | PA0002127787 |
| 21 | 67E4B6708CEDCF8CAE70B7A8D1DA0DD2578B96F6 | 02/14/2019 06:41:05 | Blacked Raw | 11/13/2018 | 12/10/2018 | PA0002145836 |
| 22 | 694C87407B91D1BF4C643F68E133B474497DCFED | 09/30/2018 19:50:15 | Blacked | 08/28/2018 | 10/16/2018 | PA0002127773 |
| 23 | 6FA4566EC402C31050150585E69956DCAAA54528 | 03/07/2019 06:14:17 | Blacked Raw | 02/26/2019 | 03/31/2019 | PA0002163980 |
| 24 | 71D01863089BE7E6B1C53AB9568EB2E70FBF3779 | 06/24/2018 06:19:21 | Blacked | 06/09/2018 | 07/14/2018 | PA0002130453 |
| 25 | 72CFD4B4691B02EBB6C3CFF42484A166A3434A64 | 02/14/2019 04:16:54 | Vixen | 02/08/2019 | 03/24/2019 | PA0002183193 |
| 26 | 74731C3B2A168ED1A22568EA5AEECFCEB159067B | 07/24/2018 07:26:49 | Blacked | 06/29/2018 | 07/26/2018 | PA0002112160 |
| 27 | 771372AAF508645C00CA529EB97FA79AEB9D0A73 | 10/29/2018 02:27:18 | Blacked Raw | 10/24/2018 | 11/25/2018 | PA0002137640 |
| 28 | 812F8C86F04B2DB47952A7844C50F944578529F4 | 07/24/2018 07:18:08 | Blacked | 07/19/2018 | 09/05/2018 | PA0002135006 |
| 29 | 8BA86A73784B989AD41CADCDAD31DFBF5FD7A5F7 | 07/12/2018 03:17:03 | Blacked | 07/04/2018 | 08/07/2018 | PA0002131913 |
| 30 | 9093A95B72BE2FB650EBA82F46360B5A4D90ABEB | 10/08/2018 03:18:16 | Blacked | 09/27/2018 | 11/01/2018 | PA0002143428 |
| 31 | 9481FAFB8595C11CC3525E9F1FD06FE7F1D6C50E | 06/03/2018 20:59:59 | Blacked Raw | 06/01/2018 | 07/14/2018 | PA0002128077 |
| 32 | 9733890E1241CC8A99F9ACDEECB0B57AA15F9349 | 10/24/2018 02:49:42 | Blacked | 10/07/2018 | 10/16/2018 | PA0002127790 |
| 33 | 9C9F44844A1CB3F0E182E4BD94DDEFADD3BFC7DE | 09/04/2018 03:36:26 | Vixen | 08/17/2018 | 09/01/2018 | PA0002119582 |
| 34 | 9CF59F6DEEC2C2857DF0F5AC95DCD9BB2A6988B5 | 01/06/2019 08:30:05 | Blacked Raw | 12/18/2018 | 02/02/2019 | PA0002155391 |
| 35 | A6D7BBF776B0F892CAB93A5EC1E6BE0E35B8F66C | 02/14/2019 03:15:22 | Blacked | 12/01/2018 | 01/22/2019 | PA0002149844 |
| 36 | A96B1330A50D698817D291646E97D916E0C6794C | 06/22/2018 07:34:04 | Blacked | 10/17/2017 | 11/27/2017 | PA0002097981 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 37 | B37242194742FB53F18FA4B154C8EA09647EC344 | 03/08/2019 03:49:54 | Blacked Raw | 12/08/2018 | 12/18/2018 | PA0002141919 |
| 38 | BCA0AA01E2FCFBFCE9BA31F2EB6861B2C17C8C5A | 12/04/2018 06:32:36 | Blacked | 11/16/2018 | 11/25/2018 | PA0002136637 |
| 39 | C04D5A3572184EEC42DC8492B98F075C7CF5E96F | 06/16/2018 17:26:19 | Blacked | 06/14/2018 | 07/14/2018 | PA0002130452 |
| 40 | C292EE73436F8751B8EB80362F5BBD66383D9403 | 10/06/2018 03:20:18 | Blacked | 09/22/2018 | 11/01/2018 | PA0002143419 |
| 41 | C84F5D25DCDB120C231A6F8EC68639A2467B513F | 03/09/2019 03:42:13 | Blacked | 12/11/2018 | 01/22/2019 | PA0002147907 |
| 42 | CB739750CEFC438579ADE6BE9B2C89F7AB0F20D3 | 12/30/2018 22:19:49 | Blacked Raw | 12/20/2018 | 01/22/2019 | PA0002147906 |
| 43 | CC07DA27361BB18CE071B371175D7F71F0C48572 | 10/07/2018 22:36:40 | Tushy | 09/28/2018 | 10/16/2018 | PA0002127781 |
| 44 | D0263B78828D41B81E6499B2FD2E5E8D368D2573 | 12/30/2018 21:15:57 | Blacked | 12/20/2018 | 02/02/2019 | PA0002154970 |
| 45 | E4DF9FCB76291459B1591678DF71BA4012554DCF | 12/25/2018 02:22:58 | Tushy | 07/25/2018 | 09/05/2018 | PA0002134601 |
| 46 | E662A3EC9B34FBC1E0521E1B32C802F3DC118363 | 11/10/2018 04:19:09 | Vixen | 11/05/2018 | 11/25/2018 | PA0002136632 |
| 47 | EC3296EE410ED48C2F7D96736306E5B77551015C | 06/22/2018 05:32:57 | Blacked | 06/19/2018 | 07/14/2018 | PA0002130450 |
| 48 | EC9D1F03B28F90EA62FDD26F1A62759476990B63 | 09/04/2018 04:45:56 | Blacked | 08/23/2018 | 11/01/2018 | PA0002143434 |
| 49 | F823708E40F8DAAD728E307409CED40982D35919 | 02/15/2019 03:17:41 | Blacked | 11/21/2018 | 01/22/2019 | PA0002149833 |